IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CHARLES A. PASCHAL JR., | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-30 (WLS-TQL) |
| | * |
| AUGUSTA STATE MEDICAL PRISON, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated September 3, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 4th day of September, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk