IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CHARLES A. PASCHAL, JR., | : |
| Petitioner, | : |
| VS. | : NO. 7:24-cv-30-WLS-TQL |
| Warden JONES, | : |
| Respondent.[1] | : |

## ORDER

Petitioner Charles A. Paschal, Jr., a prisoner incarcerated in Augusta State Medical Prison, in Grovetown, Georgia, filed a late response (ECF No. 17) to the Court's August 2, 2024 Second Order to Show Cause (ECF No. 13). In his response, Petitioner indicates that mail at Augusta State Medical Prison is often delayed, and he did not receive the August 2, 2024 Order in time to respond by the fourteen day deadline shown in the Order. ECF No. 17 at 1. Given that Petitioner has responded to the Court's August 2, 2024 Order and explained his delay in doing so, the Court **VACATES** the September 4, 2024 Order dismissing this action for failure to respond (ECF No. 15) and the Judgment entered that same day (ECF No. 16).

While Petitioner did respond to the Court's August 2, 2024 Order, he did not follow

---

[1] Petitioner provided the name of Respondent on his recast petition. ECF No. 10 at 1. The Clerk of Court is **DIRECTED** to update EM-ECF to show this Respondent.

the Court's instructions to provide a copy of his current "'certificate from the warden or other appropriate officer . . . showing the amount of money . . . that the [P]etitioner has in any account in the institution.'" ECF No. 13 at 1 (quoting Habeas Corpus R. 3). He states that he "is unable to provide . . . a current certificate" because he "hasn't had any way to secure any money since his March 21, 2002 arrest date." ECF No. 17 at 2.

A search of Petitioner's GDC ID number, 1031292, on the Georgia Department of Corrections' website belies this statement. This website shows that Petitioner has a prisoner trust fund account and $25.00 was deposited into the account on September 8, 2024. *See* https://services.gdc.ga.gov/paymentinfo/jsp/paymentinfo.jsp (last checked September 12, 2024). Additionally, Petitioner received $525.00 from October to December 2023. *Id*. The Court, therefore, finds that Petitioner's statement that he has not had any money since his March 21, 2002 arrest is not credible.

The Court has provided numerous opportunities for Petitioner to provide a signed certificate showing the amount of money he has in his trust fund account. ECF Nos. 6; 7; 13. Additionally, the Court finds that Petitioner has not been truthful regarding his receipt of money during his incarceration. Despite the Court's reluctance, it will allow Petitioner one **FINAL** opportunity to comply with its Orders. There will be no additional Orders to Show Cause or Orders allowing Petitioner additional opportunities to submit the requested information.

In conclusion, the September 4, 2024 Order (ECF No. 15) and Judgment (ECF No. 16) are hereby **VACATED**. Petitioner is **ORDERED** to supplement his motion to proceed

*in forma pauperis* by filing a signed certificate showing the amount of money he has in his prisoner trust fund account within **FOURTEEN (14) DAYS** from the date shown on this Order. Alternatively, Petitioner can pay the $5.00 filing fee within **FOURTEEN (14) DAYS** from the date shown on this Order. The Clerk of Court is **DIRECTED** to update the name of the Respondent on CM-ECF and forward the appropriate financial forms to Petitioner so that he may comply with this Order. Should Petitioner fail to respond and fully comply with this Order, his action will be dismissed.

**SO ORDERED and DIRECTED**, this 13th day of September 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**

3