IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CHARLES A. PASCHAL, JR.,                          *

               Petitioner,                    *

v.                                                                     Case No. 7:24-cv-30 (WLS-TQL)

                                               *

WARDEN JONES,

                                               *

               Respondent.

_____          *

## J U D G M E N T

Pursuant to this Court's Order dated October 28, 2024, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 29th day of October, 2024.

                                David W. Bunt, Clerk

                                s/ Kathleen S. Logsdon, Deputy Clerk